### THE STATE v. LIEBEN.

CRIMINAL LAW.—*Supreme Court.—Practice.—Brief.*—Unless a brief be filed by the appellant, on the appeal of a cause to the Supreme Court, it will be dismissed.

From the Porter Circuit Court.

*T. J. Wood,* Prosecuting Attorney, for the State.

WORDEN, J.—This was an information against the appellee for obstructing the execution of legal process.

On motion of the defendant, the information was quashed, and the State excepted. Judgment for the defendant, and appeal by the State.

The cause was submitted at the May term of this court, 1876.

There is no brief on file in the cause, nor does it appear that any has ever been filed.

The appeal is dismissed.